19534. PALMETTO COTTON MILLS, INC., *v.* WILLIAMS, State Revenue Commissioner.

ALMAND, Justice. This case is controlled by the decision this day rendered in *Fulton Bag & Cotton Mills* v. *Williams*, ante. The court correctly sustained the general demurrers of the Revenue Commissioner to the taxpayer's petition as amended.

*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 15, 1956—DECIDED DECEMBER 5, 1956—REHEARING DENIED DECEMBER 18, 1956.

*James H. Wilson, Jr., Sutherland, Asbill & Brennan,* for plaintiff in error.

*Eugene Cook, Attorney-General, William L. Norton, Jr., Ben F. Johnson, Jr., Assistant Attorneys-General,* contra.